| AO 10*<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Freeman, Beth L. | 2. Court or Organization<br><br>U.S. District Court, Northern District of California | 3. Date of Report<br><br>04/30/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>U. S. District Court<br>280 South First St.<br>San Jose, CA 95113 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Governors | Association of Business Trial Lawyers |
| 2. | Director | Junior Statesmen Foundation |
| 3. | Co-Trustee | Freeman Family Trust |
| 4. | Director | Federal Practice Program |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1983 | San Mateo County Employees Retirement Association - Pension |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | San Mateo County Employees' Retirement Association - Pension | $79,130.10 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Jones Day - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business Trial Lawyers | April 1-2, 2016 | Carmel, CA | Board of Directors meeting | Transportation, meals, lodging |
| 2. | ChIPs Women in IP | September 13-15, 2016 | Washington, D.C. | Presentation to conference | Transportation, meals, lodging, registration fee |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L.. | 04/30/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Freeman Aggregate (H) | | | | | | | | | |
| 2. - DFA US Core Equity I Institutional | A | Dividend | K | T | | | | | |
| 3. - SPDR S&P 500 ETF | D | Dividend | N | T | | | | | |
| 4. - Schwab Total Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 5. - Vanguard Dividend Appreciation ETF | B | Dividend | L | T | | | | | |
| 6. - Vanguard Growth Index Fund Investor Shares | A | Dividend | K | T | | | | | |
| 7. - Vanguard Total Stock Market ETF | D | Dividend | N | T | | | | | |
| 8. - BMO Small-Cap Growth Fund | | None | J | T | | | | | |
| 9. - John Hancock Disciplined Value Mid Cap Fund | B | Dividend | L | T | | | | | |
| 10. - Touchstone Small Cap Core Fund | A | Dividend | L | T | | | | | |
| 11. - Voya MidCap Opportunities Fund | C | Dividend | L | T | | | | | |
| 12. - Artisan International Fund | | None | | | Sold | 04/21/16 | M | | |
| 13. - Artisan International Fund Advisor Class | C | Dividend | M | T | Buy | 04/21/16 | L | | |
| 14. | | | | | Buy (add'l) | 04/22/16 | M | | |
| 15. | | | | | Buy (add'l) | 07/29/16 | K | | |
| 16. - Dodge & Cox International Stock Fund | D | Dividend | N | T | Buy (add'l) | 04/21/16 | L | | |
| 17. | | | | | Buy (add'l) | 07/29/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Oberweis International Opportunities Fund | A | Dividend | M | T | Buy | 03/16/16 | M | | |
| 19. | | | | | Buy (add'l) | 04/21/16 | K | | |
| 20. - Oakmark International Small Cap Fund | | None | | | Sold | 03/15/16 | M | | |
| 21. - Vanguard FTSE All World ex-US ETF | A | Dividend | J | T | | | | | |
| 22. - Vanguard FTSE Developed Markets ETF | B | Dividend | L | T | | | | | |
| 23. - iShares MSCI Pacific ex-Japan ETF | B | Dividend | K | T | | | | | |
| 24. - Ashmore Emerging Markets Frontier Equity Fund | B | Dividend | M | T | | | | | |
| 25. - Driehaus Frontier Emerging Markets Fund | A | Dividend | M | T | Buy | 07/12/16 | M | | |
| 26. - Wasatch Frontier Emerging Small Countries Fund | | None | | | Sold | 07/11/16 | M | | |
| 27. - Angel Oak Flexible Income Fund | E | Dividend | O | T | Sold (part) | 02/12/16 | M | | |
| 28. | | | | | Buy (add'l) | 03/02/16 | L | | |
| 29. | | | | | Sold (part) | 12/12/16 | K | | |
| 30. | | | | | Sold (part) | 12/22/16 | J | | |
| 31. - Stone Ridge All Asset Variance Risk Premium Fund | E | Dividend | O | T | Buy (add'l) | 01/11/16 | K | | |
| 32. | | | | | Buy (add'l) | 02/16/16 | M | | |
| 33. - FPA Crescent Fund | B | Dividend | K | T | | | | | |
| 34. - Schooner Hedged Alternative Income Fund | F | Dividend | | | Buy (add'l) | 03/02/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/12/16 | K | | |
| 36. | | | | | Sold | 12/13/16 | O | | |
| 37. - Glenmede Secured Options Portfolio | | None | O | T | Buy | 12/14/16 | O | | |
| 38. - Stone Ridge Reinsurance Risk Premium Fund | E | Dividend | O | T | Buy (add'l) | 12/12/16 | K | | |
| 39. - RiverPark Short Term High Yield Fund | E | Dividend | O | T | Buy (add'l) | 06/20/16 | K | | |
| 40. | | | | | Buy (add'l) | 07/29/16 | K | | |
| 41. | | | | | Buy (add'l) | 09/19/16 | K | | |
| 42. - Shenkman Short Duration High Income | D | Dividend | O | T | Buy | 06/06/16 | O | | |
| 43. | | | | | Buy (add'l) | 06/20/16 | L | | |
| 44. | | | | | Buy (add'l) | 07/29/16 | K | | |
| 45. | | | | | Buy (add'l) | 09/19/16 | K | | |
| 46. | | | | | Sold (part) | 10/26/16 | K | | |
| 47. - DoubleLine Total Return Bond Fund | E | Dividend | P1 | T | Buy (add'l) | 02/09/16 | L | | |
| 48. | | | | | Buy (add'l) | 02/17/16 | N | | |
| 49. | | | | | Buy (add'l) | 06/20/16 | L | | |
| 50. | | | | | Buy (add'l) | 07/29/16 | K | | |
| 51. | | | | | Buy (add'l) | 09/19/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Voya Securitized Credit Fund | D | Dividend | O | T | Buy | 08/26/16 | N | | |
| 53. | | | | | Buy (add'l) | 08/31/16 | M | | |
| 54. | | | | | Buy (add'l) | 09/19/16 | K | | |
| 55. - Angel Oak Multi-Strategy Income Fund | E | Dividend | | | Buy (add'l) | 06/20/16 | K | | |
| 56. | | | | | Sold (part) | 08/25/16 | N | | |
| 57. | | | | | Sold | 08/30/16 | M | | |
| 58. - Legg Mason Brandywine Alternative Credit Fund | B | Dividend | | | Sold (part) | 01/05/16 | J | | |
| 59. | | | | | Sold | 06/03/16 | O | | |
| 60. - Palmer Square Income Plus Fund | | None | | | Sold (part) | 02/08/16 | L | | |
| 61. | | | | | Sold | 02/16/16 | N | | |
| 62. - Schwab AMT Tax-Free Money Market Fund | | None | K | T | Buy (add'l) | 01/06/16 | J | | |
| 63. | | | | | Buy (add'l) | 01/08/16 | J | | |
| 64. | | | | | Sold (part) | 01/11/16 | J | | |
| 65. | | | | | Buy (add'l) | 02/16/16 | J | | |
| 66. | | | | | Sold (part) | 02/17/16 | J | | |
| 67. | | | | | Buy (add'l) | 06/06/16 | K | | |
| 68. | | | | | Sold (part) | 06/07/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 07/06/16 | J | | |
| 70. - Schwab U.S. Treasury Money Market Fund | A | Interest | N | T | Buy (add'l) | 01/06/16 | J | | |
| 71. | | | | | Buy (add'l) | 01/07/16 | L | | |
| 72. | | | | | Buy (add'l) | 01/08/16 | J | | |
| 73. | | | | | Buy (add'l) | 01/11/16 | K | | |
| 74. | | | | | Sold (part) | 01/12/16 | K | | |
| 75. | | | | | Sold (part) | 01/19/16 | J | | |
| 76. | | | | | Sold (part) | 01/21/16 | J | | |
| 77. | | | | | Buy (add'l) | 01/29/16 | K | | |
| 78. | | | | | Buy (add'l) | 02/01/16 | J | | |
| 79. | | | | | Buy (add'l) | 02/12/16 | J | | |
| 80. | | | | | Buy (add'l) | 02/17/16 | L | | |
| 81. | | | | | Sold (part) | 02/18/16 | L | | |
| 82. | | | | | Buy (add'l) | 03/02/16 | L | | |
| 83. | | | | | Sold (part) | 03/03/16 | M | | |
| 84. | | | | | Buy (add'l) | 03/11/16 | J | | |
| 85. | | | | | Buy (add'l) | 03/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L.. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 87. | | | | | Buy (add'l) | 04/18/16 | J | | |
| 88. | | | | | Buy (add'l) | 04/19/16 | M | | |
| 89. | | | | | Sold (part) | 04/22/16 | M | | |
| 90. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 91. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 92. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 93. | | | | | Buy (add'l) | 05/17/16 | J | | |
| 94. | | | | | Buy (add'l) | 06/10/16 | J | | |
| 95. | | | | | Buy (add'l) | 06/20/16 | M | | |
| 96. | | | | | Sold (part) | 06/21/16 | M | | |
| 97. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 98. | | | | | Buy (add'l) | 07/06/16 | K | | |
| 99. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 100. | | | | | Sold (part) | 07/20/16 | K | | |
| 101. | | | | | Buy (add'l) | 07/27/16 | K | | |
| 102. | | | | | Sold (part) | 08/01/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/02/16 | J | | |
| 104. | | | | | Buy (add'l) | 08/12/16 | J | | |
| 105. | | | | | Buy (add'l) | 08/16/16 | J | | |
| 106. | | | | | Buy (add'l) | 08/25/16 | K | | |
| 107. | | | | | Sold (part) | 08/29/16 | K | | |
| 108. | | | | | Sold (part) | 09/01/16 | J | | |
| 109. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 110. | | | | | Buy (add'l) | 09/19/16 | M | | |
| 111. | | | | | Sold (part) | 09/20/16 | L | | |
| 112. | | | | | Buy (add'l) | 09/28/16 | K | | |
| 113. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 114. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 115. | | | | | Buy (add'l) | 10/19/16 | J | | |
| 116. | | | | | Buy (add'l) | 10/28/16 | L | | |
| 117. | | | | | Sold (part) | 10/31/16 | L | | |
| 118. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 119. | | | | | Buy (add'l) | 11/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 121. | | | | | Sold (part) | 11/21/16 | L | | |
| 122. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 123. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 124. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 125. - Schwab Government Money Market Fund | None | | J | T | Buy | 07/06/16 | J | | |
| 126. | | | | | Buy (add'l) | 08/31/16 | K | | |
| 127. | | | | | Sold (part) | 09/01/16 | K | | |
| 128. | | | | | Buy (add'l) | 12/14/16 | K | | |
| 129. | | | | | Sold (part) | 12/15/16 | K | | |
| 130. - AT&T Inc New Common Stock | A | Dividend | N | T | Sold (part) | 01/05/16 | J | A | |
| 131. - AbbVie Inc Common Stock | B | Dividend | K | T | | | | | |
| 132. - Abbott Laboratories Common Stock | A | Dividend | K | T | | | | | |
| 133. - American International Group Common Stock | A | Dividend | K | T | | | | | |
| 134. - Apple Inc Common Stock | D | Dividend | N | T | Sold (part) | 12/30/16 | M | F | |
| 135. - Berkshire Hathaway Class B Common Stock | None | | | | Donated | | | | |
| 136. - CVS Corporation Common Stock | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Coca Cola Co. Common Stock | C | Dividend | L | T | | | | | |
| 138. - Colgate-Palmolive Co. Common Stock | A | Dividend | K | T | | | | | |
| 139. - Comcast Corp. New Common Stock | C | Dividend | M | T | | | | | |
| 140. - International Business Machines Common Stock | A | Dividend | K | T | | | | | |
| 141. - Marathon Petroleum Corp Common Stock | A | Dividend | K | T | | | | | |
| 142. - MasterCard Inc Common Stock | A | Dividend | K | T | | | | | |
| 143. - McDonald Corp Common Stock | B | Dividend | K | T | | | | | |
| 144. - Mircosoft Corp Common Stock | D | Dividend | N | T | Sold (part) | 01/05/16 | J | C | |
| 145. | | | | | Sold (part) | 12/30/16 | M | F | |
| 146. - Pepsico, Inc Common Stock | D | Dividend | M | T | | | | | |
| 147. - Proctor & Gamble Co Common Stock | C | Dividend | M | T | | | | | |
| 148. - Rite Aid Corp Common Stock | | None | J | T | | | | | |
| 149. - Sonic Corp Common Stock | A | Dividend | J | T | | | | | |
| 150. - Spectrum Brands Holdings Inc Common Stock | A | Dividend | J | T | | | | | |
| 151. - TJX Companies Inc Common Stock | A | Dividend | K | T | | | | | |
| 152. - Target Corporation Common Stock | A | Dividend | J | T | | | | | |
| 153. - Visa, Inc Common Stock | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Wal-Mart Stores Inc Common Stock | A | Dividend | K | T | | | | | |
| 155. - Walgreens Boots Alliance Inc Common Stock | A | Dividend | K | T | | | | | |
| 156. - Amgen Inc Common Stock | A | Dividend | | | Donated | | | | |
| 157. - Chipotle Mexican Grill, Inc Common Stock | | None | | | Donated | | | | |
| 158. - Schwab Value Advantage Fund | A | Dividend | | | Sold | 10/26/16 | L | | |
| 159. - FSC Retreat at Conroe, Conroe, TX (2014 $75,000) | D | Rent | L | W | | | | | |
| 160. - FSC Estates at Canyon Ridge, San Antonio, TX (2014 $75,000) | D | Rent | L | W | | | | | |
| 161. - FSC Vista Sureno, Phoenix, AZ (2015 $75,000) | D | Rent | L | W | | | | | |
| 162. - FSC Granada Hills, Los Angeles, CA (2015 $75,000) | C | Rent | L | W | | | | | |
| 163. - FSC Brightwater, Seattle, WA (2016 $75,000) | | None | L | W | Buy | 10/28/16 | L | | |
| 164. - FSC La Paloma, Alburquerque, NM (2016 $75,000) | | None | L | W | Buy | 11/18/16 | L | | |
| 165. Charitable Gift Account (H) | | | | | | | | | |
| 166. - Schwab Charitable Equity Index Pool | | None | J | T | Sold (part) | 03/21/16 | J | | |
| 167. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 168. - Schwab Charitable Income Pool | | None | K | T | Sold (part) | 02/23/16 | J | | |
| 169. | | | | | Sold (part) | 03/21/16 | J | | |
| 170. | | | | | Buy (add'l) | 06/27/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Schwab Charitable International Pool | | None | J | T | Buy (add'l) | 06/27/16 | J | | |
| 172. - Schwab Charitable Money Market Pool | | None | K | T | Sold (part) | 02/23/16 | J | | |
| 173. | | | | | Sold (part) | 03/21/16 | J | | |
| 174. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 175. - Schwab Charitable Short Term Income Pool | | None | K | T | Sold (part) | 01/05/16 | J | | |
| 176. | | | | | Sold (part) | 02/23/16 | J | | |
| 177. | | | | | Sold (part) | 03/21/16 | J | | |
| 178. | | | | | Sold (part) | 05/03/16 | J | | |
| 179. | | | | | Sold (part) | 05/24/16 | J | | |
| 180. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 181. - Berkshire Hathaway Class B Common Stock | | None | | | Buy | 06/22/16 | J | | |
| 182. | | | | | Sold | 06/23/16 | J | | |
| 183. New Heights Associates LLC (inherited) | | None | M | W | | | | | |
| 184. Jones Day Capital Account | D | Int./Div. | M | U | Distributed (part) | 12/31/16 | M | | |
| 185. Jones Day 2015 Fund | E | Int./Div. | N | U | Buy (add'l) | 01/15/16 | K | | |
| 186. | | | | | Buy (add'l) | 01/31/16 | J | | |
| 187. Wells Fargo Bank (X) | A | Int./Div. | N | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beth L. Freeman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544